UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:11-cv-75-TJW
Name of party requesting extension: Sony Computer Entertainment America, LLC
Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 3/7/2011
Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other ____ days
New Deadline Date: 4/27/211   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: John H. McDowell, Jr.
State Bar No.: 13570825
Firm Name: Andrews Kurth LLP
Address: 1717 Main Street
Suite 3700
Dallas, Texas 75201
Phone: 214-659-4400
Fax: 214-915-1432
Email: johnmcdowell@andrewskurth.com

A certificate of conference does not need to be filed with this unopposed application.