**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| OGMA, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC.; BENSUSSEN DEUTSCH & ASSOCIATES, INC. D/B/A POWER A; GRIFFIN INTERNATIONAL COMPANIES, INC. D/B/A PSYCLONE; HARMONIX MUSIC SYSTEMS, INC.; INTEC, INC.; JAKKS PACIFIC, INC.; LEGO SYSTEMS, INC.; MAD CATZ, INC.; NINTENDO OF AMERICA, INC.; NYKO TECHNOLOGIES, INC.; PARROT, INC.; PERFORMANCE DESIGNED PRODUCTS LLC; PLAYHUT, INC. D/B/A GOLIVE2; ROCKY MOUNTAIN RADAR, INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SOURCE AUDIO, LLC; VTECH ELECTRONICS NORTH AMERICA, LLC; WOWWEE GROUP LTD.; WOWWEE USA, INC.,<br><br>       Defendants. | CASE NO.:  2:11-cv-75<br><br>**DEMAND FOR JURY TRIAL** |

## **JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Ogma, LLC ("Ogma") and Defendants WowWee Group Ltd. And WowWee USA, Inc. (collectively "WowWee") have settled Ogma's claims for relief against WowWee asserted in this case.

NOW, THEREFORE, Ogma and WowWee, through their attorneys of record, request this Court to dismiss Ogma's claims for relief against WowWee with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  June 2, 2011                                         Respectfully submitted,

                      By: /s/ Andrew W. Spangler
                          Andrew W. Spangler
                          State Bar No. 24941960
                          spangler@spanglerlawpc.com
                          Spangler Law PC
                          208 N. Green St., Suite 300
                          Longview, TX  75601
                          Bus:  (903) 753-9300
                          Fax:  (903) 553-0403

                          **Co-Counsel:**
                          James C. Otteson
                          CA Bar No. 157781
                          (Admitted E.D. Texas)
                          jim@agilityiplaw.com

                          David A. Caine
                          CA Bar No. 218074
                          (Admitted E.D. Texas)
                          dacaine@agilityiplaw.com

                          Thomas T. Carmack
                          CA Bar No. 229324
                          (Admitted E.D. Texas)
                          tom@agilityiplaw.com

                          Xiang Long
                          CA Bar No. 246629
                          (Admitted E.D. Texas)
                          longxiang@agilityiplaw.com

                          Agility IP Law
                          1900 University Circle, Suite 201
                          East Palo Alto, CA  94303
                          Bus: 650-227-4800
                          Fax:  650-318-3483

                          Attorneys for Plaintiff OGMA, LLC


                          */s/ John M. Pickett*
                          John M. Pickett
                          TX Bar No. 15980320
                          jpickett@youngpickettlaw.com
                          **YOUNG PICKETT**
                          4122 Texas Blvd.
                          Texarkana, Texas 75501
                          903-794-1303-Telephone
                          903-794-5098 - Facsimile

Eric J. Lobenfeld
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendants
WowWee Group, Ltd. and
 WowWee USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

June 2, 2011                                             /s/Andrew W. Spangler
                                                                   Andrew W. Spangler