UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

OGMA, LLC,  CASE NO.: 2:11-cv-00075-RJG

Plaintiff,

v.

ACTIVISION BLIZZARD, INC., et al

Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO LIFT STAY

The Court, having considered Plaintiff's Unopposed Motion to Lift Stay, finds that this motion should be GRANTED.

It is therefore ORDERED that the stay is lifted and Defendant LEGO Systems, Inc. has 21 days after entry of this Order to answer Plaintiff's complaint.

**So ORDERED and SIGNED this 23rd day of April, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE