# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OGMA, LLC, | § § | |
| Plaintiff, | § § | Case No.: 2:11-cv-75 (JRG) |
| v. | § § | |
| ACTIVISION BLIZZARD, INC. et al. | § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Ogma, LLC ("Ogma") and Defendant LEGO Systems, Inc. ("LEGO") (collectively, the "Parties") and hereby file this Joint Stipulation of Dismissal with Prejudice. Having considered the Parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"), the Court is of the opinion that the Joint Stipulation should be granted.

IT IS THEREFORE ORDERED that the Joint Stipulation is in all things GRANTED, that all claims asserted against LEGO Systems, Inc. shall be DISMISSED WITH PREJUDICE and that all costs, expenses, and legal fees relating to this action shall be borne by the party incurring same.

**So ORDERED and SIGNED this 16th day of January, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE